#2028745                                                        1079-21184

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF SOUTHWEST MATERIALS, INC., AS OWNER AND OPERATOR OF THE BARGE SMI-101, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO: 2:24-cv-01441**<br><br>**DISTRICT JUDGE:**<br>**HON. JAMES D. CAIN, JR.**<br><br>**MAGISTRATE JUDGE:**<br>**HON. THOMAS P. LEBLANC**<br><br>**Admiralty – Rule 9(h)** |

**ORDER APPROVING LIMITATION PETITIONER'S**
**AD INTERIM STIPULATION FOR VALUE AND DIRECTING**
**ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS**

A Complaint having been filed herein on the 18th day of October, 2024, by the above named Limitation Petitioner, Southwest Materials, Inc., as operator and owner of the vessel, the barge SMI-101, for exoneration from or limitation of liability pursuant to Title 46 U.S.C. §§ 30501-30512 and pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for any loss, claim, injuries, destruction, or alleged damage caused by or resulting from an alleged incident occurring on or about April 21, 2024, at or near Bayou D'Inde near Sulphur, Louisiana, as more fully described in the Complaint.

And, the Complaint having stated that the value of Limitation Petitioner's interest in the barge SMI-101 and its pending freight does not exceed SIXTY-NINE THOUSAND DOLLARS AND ZERO CENTS ($69,000.00) as set forth in the Declaration of Value attached to the Limitation Petitioner's Complaint; and the Limitation Petitioner having deposited in the Court security for the benefit of Claimant(s), an Ad Interim Stipulation / Letter of Undertaking with

surety not less than or equal to the amount or value of their interest in the said vessel and her pending freight in the sum of SIXTY-NINE THOUSAND DOLLARS AND ZERO CENTS ($69,000.00), with interest as provided by law from this date, executed by Limitation Petitioner and its insurers.

    **IT IS ORDERED** as follows:

1. The above-described Ad Interim Stipulation submitted by the Limitation Petitioner, Southwest Materials, Inc. and its underwriters in the sum of SIXTY-NINE THOUSAND DOLLARS AND ZERO CENTS ($69,000.00) U.S. DOLLARS, be accepted as security under Supplemental Rule F(1) for the purpose of this Limitation proceeding and that it be hereby approved as to form, quantum and surety;

2. The Court, upon motion, shall cause due appraisement of such value, and may thereupon order the said security, increased or reduced, if it finds the amount of value insufficient or excessive, and upon demand, the Court may similarly order an increase or reduction, if it finds that such order is necessary to carry out the provisions of 46 U.S.C. § 30505, as amended;

3. A notice shall be issued by the Clerk of Court to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of Court in writing, and to serve on counsel for Limitation Petitioner, a copy thereof on or before the 18th day of May, 2025, or be defaulted, and that if any Claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on counsel for Complainant, an answer to the Complaint on or before the said date, unless his claim had included an answer to the Complaint, so designated, or be defaulted;

4. The aforesaid notice shall be published in the forum required by Supplemental Rule F of the Federal Rules of Civil Procedure, once a week for four successive weeks prior to the date fixed, for the filing of the claims in a newspaper of general circulation, published in the State of Louisiana, or a newspaper or newspapers, as the Court may direct, and copies of the Notice shall also be mailed in accordance with Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims;

5. The commencement of and the further prosecution of any and all actions, suits, and proceedings already commenced and the commencement or prosecution thereafter, of any and all actions, suits, or proceedings of any nature and description whatsoever in any jurisdiction, and the taking of any steps, and the making of any motion in such actions, suits, or proceedings against the Limitation Petitioner as aforesaid, or against the barge SMI-101, or their liability insurers, or against any

property of the Limitation Petitioner except in this action, to recover damages for, or in respect of any injury, loss, destruction and/or damages caused by or resulting from the aforesaid event that occurred on or about April 21, 2024, as is more fully described in the Complaint, be and are hereby **RESTRAINED**, **STAYED**, and **ENJOINED** until the hearing and final determination of this action; and

6. Service of this Order, as restraining order may be made, by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively, to be delivered by hand.

THUS DONE AND SIGNED in Chambers this 15th day of November, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

3